OPINION — AG — ** FEDERAL FOOD STAMP PROGRAM — COUNTY OPTION ** WHERE A COUNTY DECLINES TO PARTICIPATE IN THE FEDERAL FOOD STAMP PROGRAM, THE OKLAHOMA PUBLIC WELFARE COMMISSION HAS 'NO' AUTHORITY UNDER THE PROVISIONS OF 56 O.S. 241 [56-241] TO ESTABLISH AND MAINTAIN A PROGRAM DIRECTLY OR TO COMPEL THE COUNTY TO PARTICIPATE. (FEDERAL FUNDS, FOOD STAMPS, COMMODITIES) CITE: 56 O.S. 241 [56-241] (PAUL C. DUNCAN)